# iIN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| MICHAEL CANTU, *et al*, § | |
| *Plaintiffs,* § | |
| § | |
| v. § | |
| § | Case No. 1:17-cv-00021 |
| CITY OF RAYMONDVILLE, *et al*, § | |
| *Defendants*. § | |
| § | |
| § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. [Doc. No. 17]. The parties have reached a settlement. Therefore, the Court grants their motion. [Doc. No. 17]. Plaintiffs' claims against Defendants, City of Raymondville, Uvaldo Zamora, Felix Tamez, Marcelino Flores, and Thomas Gomez, are dismissed with prejudice. Defendant, City of Raymondville Police Department, was previously dismissed through a prior order. [Doc. No. 16]. All costs and courts fees shall be assessed against the parties incurring same. This order is final and resolves all outstanding issues in this case. Consequently, Defendant's pending Motion to Dismiss [Doc. No. 6] and Motion for Judgment [Doc. No. 8] are denied as moot. The District Clerk's office is hereby ordered to close this case.

Signed this 31st day of August, 2017.

_____
Andrew S. Hanen
United States District Judge